# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-2921

_____

| | | |
|---|---|---|
| Winston Morrison, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | Eastern District of Missouri. |
| United States of America, | * | |
| | * | [UNPUBLISHED] |
| Appellee. | * | |

_____

Submitted: February 18, 1999
Filed: February 24, 1999

_____

Before RICHARD S. ARNOLD, WOLLMAN, and BEAM, Circuit Judges.

_____

PER CURIAM.

Winston Morrison, a citizen of Freeport, Grand Bahamas, appeals the district court's[1] denial of his 28 U.S.C. § 2255 motion, in which he claimed his counsel was ineffective at resentencing for failing to raise his deportable-alien status as a basis for downward departure. Upon de novo review, see United States v. Duke, 50 F.3d 571, 576 (8th Cir.), cert. denied, 516 U.S. 885 (1995), we conclude denial was warranted. Among other things, Morrison cannot show he suffered prejudice by his counsel's alleged deficient performance, because the district court indicated it would not have

_____

[1]The Honorable Jean C. Hamilton, United States District Judge for the Eastern District of Missouri.

granted Morrison a downward departure on the basis of his alien status.  See <u>Auman v. United States</u>, 67 F.3d 157, 162 (8th Cir. 1995) (counsel's failure to object at sentencing to use of prior conviction as predicate offense was not ineffective assistance because no credible evidence pointed to conclusion that district court would have changed its ruling based on objection from counsel).

Accordingly, we affirm.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.